UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08CV00531 DDN |
| ) | |
| KEEFE COMMISSARY NETWORKS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on plaintiff's motion to reconsider. The Court denied plaintiff's motion to proceed in forma pauperis because plaintiff is a prisoner and plaintiff has, on three or more prior occasions, filed cases which have been dismissed as frivolous, malicious, or for failure to state a claim upon which relief can be granted. See 28 U.S.C. § 1915(g).

Plaintiff now moves the Court to reconsider its decision to deny his motion to proceed in forma pauperis. Plaintiff argues that the instant lawsuit is arises under federal antitrust laws and, therefore, § 1915(g) does not apply. Plaintiff's argument is frivolous. The plain language of § 1915(g) prevents prisoners from filing "civil actions" in forma pauperis after they have abused the judicial process. Antitrust cases are civil actions. Plaintiff may not proceed in forma pauperis in this matter. The motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [#6] is **DENIED** with prejudice.

Dated this 2nd Day of June, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE