UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL W. OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08CV531 DDN |
| ) | |
| KEEFE COMMISSARY NETWORKS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon review of the Court file, plaintiff has failed to comply with the Court's order dated May 13, 2008. Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a case for failure to prosecute or to comply with a Court order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

So Ordered this 23rd Day of June, 2008.

*/s/ E. Richard Webber*

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE