# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL W. OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:08CV531 DDN |
| | ) |
| KEEFE COMMISSARY NETWORKS, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(b)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 23rd Day of June, 2008.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE